# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1222
LT Case No. 2020-30539-CICI

_____

DK GATEWAY ANDROS, LLC, and
HIGHMARK RESIDENTIAL, LLC,
f/k/a MILESTONE MANAGEMENT,
LLC,

     Appellants,

     v.

MOAZ ALI MOHAMED, and AEI
CORPORATION,

     Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Dennis P. Craig, Judge.

Geralyn M. Passaro, and Emily C. Nole, of Litchfield Cavo LLP,
Fort Lauderdale, for Appellants.

Darren J. Elkind, of Paul, Elkind, Branz & Paul, LLP, DeLand,
for Appellee, Moaz Ali Mohamed.

No Appearance for Appellee, AEI Corporation.

January 22, 2026

PER CURIAM.

     AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____